[    ] AMENDED

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

**In re:**   **Case No.:**

(1) Linda Elaine Palmer

(2)

**Debtor(s).**   **Chapter 13**

**CHAPTER 13 PLAN**

**ADDRESS:**

(1) 2110 Hallwood Drive       (2)

Memphis, TN 38107

**PLAN PAYMENT:**

**Debtor (1) shall pay:** $ 600.00       (  ) weekly, ( X ) every two weeks, (  ) semi-monthly, or (  ) monthly by:

( X ) **PAYROLL DEDUCTION from:**       OR       (  ) **DIRECT PAY**

US Dept of Commerce (Census Bureau)

100 South Independence Mall West # 410

Philadelphia, PA 19107

**Debtor (2) shall pay:** $       (  ) weekly, (  ) every two weeks, (  ) semi-monthly, or (  ) monthly by:

(  ) **PAYROLL DEDUCTION from:**       OR       (  ) **DIRECT PAY**

1. **THIS PLAN [Rule 3015.1 Notice]:**

    (A) **CONTAINS A NON-STANDARD PROVISION.** [See plan provision #19]       (  ) YES ( X ) NO

    (B) **LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE COLLATERAL FOR THE CLAIM.** [See plan provisions #7 and #8]       ( X ) YES (  ) NO

    (C) **AVOIDS A SECURITY INTEREST OR LIEN.** [See plan provision #12].       ( X ) YES (  ) NO

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** (  ) Included in Plan; OR ( X ) Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

4. **DOMESTIC SUPPORT:**       **Monthly Plan Payments**

    Paid by: (  ) Debtor(s) directly,   (  ) Wage Assignment, OR   (  ) Trustee to:

    Payee:

    ongoing payment begins:       $

    approximate arrearage: $       $

5. **PRIORITY CLAIMS:**       **Amount**       **Monthly Plan Payments**

6. **HOME & MORTGAGE CLAIMS:**

    (  ) **Paid directly by Debtor(s);   OR   ( X ) Paid by Trustee to:**

    **Mortgagee:** Mr. Cooper

    **ongoing payment begins:** Oct., 2018       $ 491.84

    **approximate arrearage:** $    Arrears not provided for and will will be paid by a loan modification

7. **SECURED CLAIMS:**

    [Retain lien 11 U.S.C. §1325 (a)(5)]       **Value of collateral**       **Rate of interest**       **Monthly plan payment**

    Bridgecrest Credit       $4,600.00       6.25       $ 140.00

    Shelby County Trustee- not provided for (paid through escrow)

    City of Memphis Treasurer- not provided for (paid through escrow)

8. **SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**
   [Retain lien 11 U.S.C. §1325 (a)]    <u>Value of collateral</u>    <u>Rate of interest</u>    <u>Monthly plan payment</u>

9. **SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**
   **Collateral:**

10. **SPECIAL CLASS UNSECURED CLAIMS:**    <u>Amount</u>    <u>Rate of interest</u>    <u>Monthly plan payment</u>

    First Metropolitan    $8,832.00    6.75%    $175.00

11. **STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**    <u>Not provided for</u>    OR    <u>General unsecured credotpr</u>

    Mr. Cooper mortgage arrears            Not proficed for

12. **THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

    City Direct LLC (General Sessions docket no 1662766, Shelby County Register's instrument number 14045643)

    Capital One Bank (General Sessions docket no 1201109, Shelby County Register's instrument number 08088015)

13. **ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

14. **ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $**    however, amount is to be determined after all claims are filed, undersecured amounts determined, deficiencies determined, etc.

15. **THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**
    (A)  (  ) _____%, OR,
    (B)  ( X ) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

16. **THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**    <u>Assumes</u>    OR    <u>Rejects</u>

17. **COMPLETION:** Plan shall be completed upon payment of the above, approximately __60__ months.

18. **FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

19. **NON-STANDARD PROVISION(S):**

    **ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID**

20. **CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

___/s/ Philip F. Counce_____ **DATE:** _____6/12/18_____.
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**