UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

_____

In re

LINDA PALMER

    Debtor.

Case No: 18-24901-K

Chapter 13

_____

### MOTION TO LIFT SECTION 1301 CO-DEBTOR STAY BY FIRST METROPOLITAN FINANCIAL SERVICES, INC.

_____

Comes now your movant, First Metropolitan Fin Serv In, and moves the Court to lift the § 1301 Automatic Stay to pursue the co-debtor on this account, Remesha Palmer. If the debtor intends to protect the co-maker, the claim to be filed should be paid in a special class, to receive 6.75 percent interest, and a payment to be set by the Trustee. The claim will be filed in the approximate amount of $8,831.30. The debtor protected the co-maker in the last case.

WHEREFORE, PREMISES CONSIDERED, said creditor moves the Court to lift the Section 1301 Automatic Stay.

                          STONE, HIGGS & DREXLER

                          /s/David E. Drexler
                          DAVID E. DREXLER (13220)
                          Attorney for Creditor
                          150 Court Avenue
                          Memphis, Tennessee 38103
                          (901) 528-1111
                          bankruptcy@shd-tn.com

pkm
17-04867-1

### CERTIFICATE OF SERVICE

**The following parties were served July 26, 2018:**

**DEBTOR via U S Mail**
**CO-DEBTOR via U S Mail - Remesha Palmer, 2110 Hallwood Drive, Collierville, TN 38017**
**DEBTOR ATTORNEY via E-Mail**
**TRUSTEE via E-Mail**

                    /s/David E. Drexler