UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

_____

In re

LINDA PALMER                                                    Case No:  18-24901-DSK

    Debtor.                                                    Chapter:  13

_____

OBJECTION TO CONFIRMATION OF PLAN BY PACE FINANCIAL, LLC
c/o STONE, HIGGS & DREXLER
_____

    Comes now the creditor, Pace Financial, LLC c/o Stone, Higgs & Drexler, and objects to the confirmation of the debtor's Chapter 13 plan.  The claim filed for $4,230.32 is currently set up unsecured. The claim is secured by a judgment lien on the debtor's property at 2110 Hallwood. Per the debtor's petition, the debtor has $35,454.00 with equity over and above the claimed exemption and first mortgage. The claim filed for $4,230.32 should be paid secured, to receive 6.75 percent interest, and a payment of $300.00 per month.  This will result in little or no increase in the debtor's plan payments which are set at $600.00 every two weeks.

    WHEREFORE, PREMISES CONSIDERED, said creditor objects to the confirmation of the debtor's Chapter 13 plan.

STONE, HIGGS & DREXLER

By:/s/David E. Drexler
   DAVID E. DREXLER (13220)
   ddrexler@stonehiggsdrexler.com
   150 COURT AVENUE
   MEMPHIS, TENNESSEE  38103
   (901) 528-1111

PKM/13-06710-0

**CERTIFICATE OF SERVICE**

**The following individuals were served the above pleading on July 26, 2018:**

**DEBTOR via U S Mail**
**DEBTOR ATTORNEY via E-Mail**
**TRUSTEE via E-Mail**

/s/ David E. Drexler